UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

John Griffin,
Petitioner

v. Case No. 25-cv-343-SM-AJ

The State of New Hampshire,
Respondent

**O R D E R**

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 15, 2026 (document no. 21), for the reasons set forth therein. As the Court of Appeals has held, "only those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (citation and internal punctuation omitted); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("Under Federal Rule of Civil Procedure 72(b) . . . a party who wishes to challenge a magistrate judge's report and recommendation must file written objections within fourteen days. Likewise, it has long been the rule in this circuit that . . . parties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

Because the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

The Clerk of Court shall enter judgment in accordance with this order and close the case.

**SO ORDERED.**

Steven J. McAuliffe
United States District Judge

September 30, 2026

cc: John Griffin, pro se